# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00570-CV

**In re Academy of Careers and Technologies, Inc. d/b/a
Academy of Careers and Technologies Charter School**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We previously granted relator's request for emergency relief and ordered that the trial court's temporary injunction remain in effect. For the reasons given in this Court's opinion in *Texas Education Agency v. Academy of Careers and Technologies, Inc.*, No. 03-15-00528-CV (Tex. App.—Austin, July 13, 2016, no pet. h.), we lift our previous order and deny relator's petition for writ of injunction. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   July 13, 2016